# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00066 |
| ) | JUDGE SHARP |
| CARL SIMMONS ) | |

## O R D E R

At the final pretrial conference set May 28, 2015, at 9:30 a.m., the Court will address the pending motion to continue (Docket No. 65).

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE