UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00066 |
| | ) | **Chief Judge Sharp** |
| CARL SIMMONS | ) | |

# ORDER

Either in response to Defendant's Motion for Disclosure of Juvenile's Criminal History Records (Docket No. 91), or, in any event, by the close of business on Friday, June 26, 2015, the Government shall file UNDER SEAL, and for the Court's *in camera* review, "AD's" criminal history record.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE