*[filing stamp, signed Kevin H. Sharp]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00066 |
| v. | ) | |
| | ) | CHIEF JUDGE SHARP |
| CARL SIMMONS | ) | |

**NOTICE**

Defendant Carl Simmons hereby gives notice of his intention to enter a plea of guilty to the Indictment filed on April 10, 2013 (Docket No. 1). There is no plea agreement between defendant and the government. This notice is given pursuant to the pretrial deadlines set forth in the Court's Order (Docket No. 71) and pursuant to U.S.S.G. Section 3E1.1 to permit the government to avoid preparing for trial and to permit the government and the Court to allocate their resources efficiently. Defendant does not intend to proceed to trial on this indictment and intends to change his plea to guilty.

RESPECTFULLY SUBMITTED,

s/ Michael E. Terry
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax
met@terrygore.com