UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-CR-0066 |
| | ) | |
| CARL SIMMONS | ) | JUDGE SHARP |

**ORDER**
**Re: DISPOSITION OF FIREARMS AND AMMUNITION**

Pursuant to the All Writs Act, 18 U.S.C. § 922(g), and having reviewed the pleadings in this matter, and the facts of this case, the Court hereby Orders the disposition of the Charter Arms, Bulldog, .44 caliber revolver and any related ammunition seized in this matter and any other firearms seized in this matter.

It is hereby Ordered that the Firearms are abandoned and any federal, state or local law enforcement agency in possession of said Firearms and Ammunition shall turn over the Firearms and Ammunition to the ATF, who in its discretion may either destroy the Firearms and Ammunition, return them to their rightful owner if known, or turn them over to the Tennessee Bureau of Investigation ("T.B.I.") Firearms Identification Unit for research, testing, teaching and/or inclusion in the T.B.I. Firearm Reference Collection and Ammunition Reference Collection and at the conclusion of said use, T.B.I. may destroy said Firearms and Ammunition.

It is so ORDERED .

BY: _____
Chief Judge Kevin H. Sharp
District Judge